UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO FONTANES,

        Plaintiff,

-against-

230 5TH AVE. LLC AND DIZZY'S CORPORATION,
D/B/A DIZZY'S DINER,
        Defendant.
-----------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**
Civil Action No.: 1:17-cv-1377 (ARR) (SMG)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and pursuant to Fed R. Civ. Pro. 41 (a)(1)(A)(ii), the above titled action against all defendants is hereby dismissed and discontinued, with prejudice, and without costs to any party and each party to bear its own attorney fees.

This Stipulation may be executed with counterpart signatures all of which taken together shall constitute an original and may also be executed by signatures via facsimile or electronic transmittal, in lieu of an original or machine generated or copied document.

DATED:    New York, New York
               July 20, 2017

_____
Mark Muccigrosso
Attorney for Defendant Mateo Corp. s/h/a Dizzy's
Corporation d/b/a Dizzy's Diner(s)
Talkin Muccigrosso & Roberts, LLP
40 Exchange Place Suite 1800
New York, NY 10005
(212)482-0007

_____
Joseph Giacoia
Attorneys for Defendant
230 5th Ave. LLC
Capuder Fazio Giacoia, LLP
90 Broad Street
New York, NY 10004
(212)509-9595

Ismail S. Sekendiz
Attorney for Plaintiff
Sekendiz Law Firm P.C.
45 Broadway Suite 1420
New York, NY 10006
(212)380-8087

**SO ORDERED**

Hon. Allyne R. Ross, U.S.D.J

2